IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELVIN WHITE**                                                                                          **PLAINTIFF**

v.                                                    No. 4:23-CV-00472-LPR

**MIKE KNADAL, et al.**                                                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections.[1] After a *de novo* review of the RD and careful consideration of the objections and the entire record, the Court approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, the Amended Complaint (Doc. 6) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted.[3] The Court recommends that dismissal of this case count as a strike, in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of October 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Recommended Disposition (Doc. 8); Pl.'s Objections (Doc. 9).

[2] The Court notes that Plaintiff is now in the free world. However, he is still proceeding *in forma pauperis* and thus his Complaint is still subject to PLRA screening. 28 U.S.C. § 1915(e)(2).

[3] Plaintiff requested counsel or time to get counsel. *See* Pl.'s Objections (Doc. 9). Both of these requests are now moot.