IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELVIN WHITE**                                                                                      **PLAINTIFF**

v.                        No. 4:23-CV-00472-LPR

**MIKE KNADAL, et al.**                                                            **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 25th day of October 2023.

                                                                             _____
                                                                             LEE P. RUDOFSKY
                                                                             UNITED STATES DISTRICT JUDGE